■ AMERICAN-EASTERN CORPORATION, Respondent, v. BUREAU VERITAS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of LEXANN REALTY CORP., Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ In the Matter of ESTHER R. STEINBERG, Respondent, against ROBERT C. WEAVER, as State Rent Administrator, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST COOKE, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and Stevens, JJ.

■ THEODORE LIPIN v. A. LOEB SALKIN et al.— Motion to dismiss appeal denied, with $10 costs, for the reasons set forth in the decision of this court in Matter of Lipin (8 A D 2d 712). Concur — Botein, P. J., Rabin, Valente, McNally and Stevens, JJ.

■ In the Matter of ROSA BOK-FALKSON, Respondent, against EVSEY S. RASHBA, Appellant.— Motion denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ SERENA MANDEL v. 262 EAST 2ND STREET CORP.— Motion for leave to dismiss appeal for lack of prosecution granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before May 28, 1959, with notice of argument for June 9, 1959, said appeal to be argued or submitted when reached. The motion in all other respects is denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of the Arbitration between ACADIA COMPANY, INC., and IRVING EDLITZ.— Motion for stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 28, 1959, with notice of argument for June 9, 1959, said appeal to be argued or submitted when reached. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ In the Matter of ACME TRADING CO. against JOLAN MANUFACTURING CO., INC.— Motion for stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 28, 1959, with notice of argument for June 9, 1959, said appeal to be argued or submitted when reached. The respondent-appellant and its employees or agents are enjoined and restrained from transferring any records from its West 27th Street offices or those of counsel, pending hearing and determination of the appeal. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ FUN FAIR PARK, INC., et al., v. FRANCES URSINI et al.— Motion to dispense with printing, insofar as the appeal taken from the order entered April 20, 1959, denying defendants' motion to dismiss the complaint for insufficiency, is concerned, is dismissed on the ground that the relief sought has been granted by order of this court entered May 5, 1959, and the motion, as to the remaining five appeals, is denied. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.